PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARRY DONNELL MURPHY,<br><br>　　　　　Defendant. | 2:16-CR-00061-KJM<br><br>FINAL ORDER OF FORFEITURE |

　　　　On or about August 31, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Larry Donnell Murphy forfeiting to the United States the following property:

　　　　　　a.　　A Sig Sauer 9mm pistol bearing serial number B218123.

　　　　Beginning on September 8, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

　　　　The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

a. Jamir M. Miller:  A notice letter was sent via certified mail to Jamir M. Miller at 6717 E. Meadowlark Lane, Paradise Valley, Arizona, 85253 on September 19, 2016.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for on September 24, 2016.  In addition, a notice letter was sent via certified mail to Jamir M. Miller at 12170 N 76th Pl., Scottsdale, Arizona, 85260 on September 19, 2016.  This envelope was returned to us as "attempted – not known, unable to forward".

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), including all right, title, and interest of Larry Donnell Murphy and Jamir M. Miller whose rights to the above-listed property are hereby extinguished.  The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 10th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE